# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 3:07CV172 |
| Plaintiff, | : | |
| | | |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| GREGORY MCINTOSH, | : | |
| aka Gregory McIntosh, Sr., | | |
| | : | |
| Defendant. | | |

## ORDER GRANTING DEFAULT JUDGMENT

The defendant, Gregory McIntosh, having failed to plead or otherwise defend in this action and the default having been entered;

Now upon application of the plaintiff for judgment against the defendant in the sum of $8,790.17, and that defendant has been defaulted for failure to appear, and that defendant is not an infant or an incompetent person, and not in the military service of the United States.

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered in the favor of the United States of America, plaintiff, against Gregory McIntosh, defendant, in the amount of $8,790.17 plus interest from the date of judgment at the legal rate in effect on the date of judgment, computed daily and compounded annually until paid in full, in addition to the $350.00 cost of this action.

August 23, 2007                                        **s/THOMAS M. ROSE**

                                                   _____
                                                        Thomas M. Rose
                                                   United States District Judge